### 41288.   TURMAN v. MABRY et al.

HALL, Judge.   This case involves an issue of law which this court certified to the Supreme Court. The certified question, set out in the opinion of the Supreme Court, was decided adversely to the plaintiff in error. *Turman v. Mabry*, 221 Ga. 153 (143 SE2d 645). Accordingly, the judgment of the trial court granting a motion for new trial is

*Affirmed. Bell, P. J., and Frankum, J., concur.*

ARGUED MAY 5, 1965—DECIDED SEPTEMBER 8, 1965.

*Marshall L. Allison,* for plaintiff in error.

*Heard & Leverett, E. Freeman Leverett, Clete D. Johnson, Andrew J. Hill, Jr.,* contra.